June - 28 - 2026

Eastern District of N.C.
To: P.O Box 25670
Raleigh, N.C. 27611

From: Gabriel Lopez # 1354975
Eastern Correctional
P.O Box 215.
Maury, N.C. 28554

FILED

JUL 02 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____JAB_____DEP CLK

Re: Requesting an update status report of my 1983 civil complaint civil
docket # 5:26-ct-03022-BO-RJ.

Dear clerk,

my 1983 civil action complaint was filed in your court 1-20-26 in the above docket case number. I'm requesting the current status of the complaint with a copy of my current docket sheet, I would like to know if you received a "motion for appointment of counsel" to be filed in the same above case number that was enclosed in my previous letter on April-18-2026.

I also requesting a copy of a federal form 2241 habeas corpus dealing with immigration issues.

Any news regarding this matter will be appreciate it.

Thank you for your assistance.

Respectfully,

— Gabriel Lopez —