# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**No. 5:26-ct-03022-BO-RJ**

|  |  |
|---|---|
| **GABRIEL A. LOPEZ,**<br>　　　**Plaintiff,**<br><br>**v.**<br><br>**ARTHUR CAMPBELL, et al.,**<br>　　　**Defendants.** | **NCPLS NOTICE OF**<br>**NON- REPRESENTATION** |

In response to the court's order and pursuant to Standing Order 21-SO-1 l, North Carolina Prisoner Legal Services, Inc., ("NCPLS") hereby informs the court that it is unable to accept appointment in the above-captioned case.

Respectfully submitted this 13th day of August, 2026.

<div style="margin-left:50%">

/s/ Lee Pollack
Lee Pollack
N.C. Bar No. 55957
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
lpollack@ncpls.org

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties. I also hereby certify that on August 13, 2026, a copy of the foregoing was mailed to following individual:

**Ms. Gabriel A. Lopez, OPUS#: 1354975**
**Eastern Correctional Institution**
**P.O. Box 215**
**Maury, NC 28554**

/s/ Lee Pollack
Lee Pollack