IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3022-BO

| | | |
|---|---|---|
| GABRIEL A. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR CAMPBELL, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter is before the court on the North Carolina Department of Adult Corrections' ("NCDAC") notice in compliance with Standing Order 14-SO-02 [D.E. 16]. The NCDAC has determined that the correct name for defendant "Corey Junker" is Gary Junker. See id. at 1. The NCDAC is unable to procure a waiver of service of process for Gary Junker. See id. The NCDAC has provided Gary Junker's last known address under seal. See id. Accordingly, the court DIRECTS the clerk to update the docket with the correct name for defendant Gary Junker and to issue summons for defendant Gary Junker at the address provided by the NCDAC.

SO ORDERED, this 16 day of September, 2026.

TERRENCE W. BOYLE
United States District Judge