UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:26-CT-3022-BO

| | |
|---|---|
| GABRIEL A. LOPEZ,<br>Plaintiff,<br><br>v.<br><br>ARTHUR CAMPBELL, et al.,<br>Defendant. | **NOTICE OF LIMITED APPEARANCE OF COUNSEL** |

NOW COMES Special Deputy Attorney General James A. Barnes IV hereby gives a limited notice of appearance as counsel for the purpose of filing a motion for extension of time and determining if it will extend representation on behalf of Defendant Gary Junker

Respectfully submitted this the 4th day of November, 2026.

**JEFF JACKSON**
**Attorney General**

/s/James A. Barnes IV
James A. Barnes IV
Special Deputy Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh NC 27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail: jabarnes@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

Gabriel A. Lopez
1354975
Pender Correctional Institution
PO Box 1058
Burgaw, NC 28425
*Pro Se*

This the 4th day of November, 2026.

/s/James A. Barnes IV________
James A. Barnes IV
Special Deputy Attorney General