UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:26-CT-03022-BO

| | | |
|---|---|---|
| GABRIEL A. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br><br>ARTHUR CAMPBELL, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF APPEARANCE OF COUNSEL** |

NOW COMES James A. Barnes IV, Special Deputy Attorney General, and hereby gives notice of appearance as counsel on behalf of Defendants Arthur Campbell, Brien Sheitman, Lewis Jonathan Peiper, Sarah Cobb, Charlotte Williams, Corey Junker, Kimbla Faire, and Robert Civils.

This the 13th day of November, 2026.


**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ James A. Barnes IV
Special Deputy Attorney General
N.C. State Bar No. 27300
N.C. Department of Justice
P.O. Box 629
Raleigh NC 27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail: jabarnes@ncdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

Gabriel A. Lopez
1354975
Pender Correctional Institution
PO Box 1058
Burgaw, NC 28425
*Pro Se*

This the 13th day of November, 2026.

/s/ James A. Barnes IV
James A. Barnes IV
Special Deputy Attorney General